The People of the State of New York, Respondent, v. Demetrio Zema

(Otherwise Called Luigi Fogia), Appellant.— Judgment of conviction affirmed. All concurred.